1  John M. Vrieze, CSB #115397
   William F. Mitchell, CSB #159831
2  MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
   Attorneys at Law
3  814 Seventh Street
   P. O. Drawer 1008
4  Eureka, CA  95502
   Tel:  (707) 443-5643
5  Fax: (707) 444-9586

6  Attorneys for Defendants
   COUNTY OF DEL NORTE,
7  GENE MCMANUS and THOMAS BURKE

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## EUREKA DIVISION

| MELVIN AND REBECCA WHETSTINE, | CASE NO.: C 10-02326 NJV |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| THOMAS BURKE, GENE MCMANUS AND THE COUNTY OF DEL NORTE, | |
| Defendants. | |

WHEREAS, pursuant to the Clerk's Notice (Docket No. 21, filed May 24, 2011), the Case Management Conference in this case is presently scheduled for June 21, 2011 at 2:00 p.m.

WHEREAS, due to the unavailability of defense counsel on June 21, 2011, plaintiffs' counsel and counsel for the defendants stipulate to a short continuance of the Case Management Conference from June 21, 2011 to **July 19, 2011**.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

1  **IT IS SO STIPULATED:**

2

3  DATED:  May 25, 2011		MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

4

5			By:   /s/ John M. Vrieze
			     John M. Vrieze
6			     Attorneys for Defendants

7  DATED:  May 25, 2011		LAW OFFICE OF KAREN D. OLSON

8			By:   /s/  Karen D. Olson
			     Karen D. Olson
9			     Attorneys for Plaintiffs

10

11

12

13

14

15  **IT IS SO ORDERED:**

16     Based upon this Joint Stipulation of all parties, the Case Management Conference

17  currently on calendar for June 21, 2011 will be continued **July 19, 2011** at 2:00 p.m.

18

19  DATED:  May 26, 2011
			NANDOR J. VADAS
20			United States Magistrate Judge

21

22

23

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**