United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MELVIN & REBECCA WHETSTINE, | No. C 10-02326 NJV |
| Plaintiffs, | SCHEDULING ORDER |
| v. | |
| THOMAS BURKE, GENE MCMANUS & COUNTY OF DEL NORTE, | |
| Defendants. _____/ | |

The following case schedule was discussed and agreed to by counsel for the parties during the Case Management Conference:

| | |
|---|---|
| Non-Expert Witness Discovery Cutoff | December 9, 2011 |
| Expert Witness Disclosure Cutoff | January 13, 2012 |
| Expert Discovery Cutoff | February 10, 2012 |
| Matter to be assigned for Settlement Conference | March 2012 |
| Dispositive Motions to be Heard on | May 8, 2012 |
| All Pretrial Documents to be Filed by | July 10, 2012 |
| Final Pretrial Conference | July 25, 2012 |
| Jury Trial | August 13, 2012 |

**IT IS SO ORDERED.**

Dated: August 19, 2011                    _____

Nandor J. Vadas

United States Magistrate Judge