**United States District Court**
For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7                    EUREKA DIVISION
8
9    MELVIN & REBECCA WHETSTINE,              No. C 10-02326 NJV
10            Plaintiffs,                      ORDER AMENDING SCHEDULING
                                              ORDER
11       v.
12   THOMAS BURKE, GENE MCMANUS &
     COUNTY OF DEL NORTE,
13
            Defendants.
14   _____/
15
16        The scheduling order in this case is HEREBY AMENDED to provide that the date for the
     hearing of dispositive motions is May 15, 2012, rather than May 8, 2012.
17
     IT IS SO ORDERED.
18
19
20
     Dated: March 9, 2012                      _____
21
                                               Nandor J. Vadas
22                                             United States Magistrate Judge
23
24
25
26
27
28