UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MELVIN & REBECCA WHETSTINE, | No. C 10-02326 NJV |
| Plaintiffs, | ORDER AMENDING SCHEDULING ORDER |
| v. | |
| THOMAS BURKE, GENE MCMANUS & COUNTY OF DEL NORTE, | |
| Defendants. _____/ | |

The scheduling order in this case is HEREBY AMENDED to provide that the date for the hearing of dispositive motions is May 15, 2012, rather than May 8, 2012.

IT IS SO ORDERED.

Dated: March 9, 2012                    _____

Nandor J. Vadas
United States Magistrate Judge